1014

[No. 68034-0-I.   Division One.   February 11, 2013.]

KARNAIL JOHAL ET AL., *Appellants*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-01930-8, Carol A. Schapira, J., entered November 18, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Appelwick, JJ.

[No. 68128-1-I.   Division One.   February 11, 2013.]

EDDIE M. RICHTER ET AL., *Appellants*, v. THE PORT OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-35946-0, Laura C. Inveen, J., entered December 5, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer and Verellen, JJ.

[No. 68304-7-I.   Division One.   February 11, 2013.]

THE CITY OF MAPLE VALLEY, *Appellant*, v. BRUCE LAURENCE DISEND ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-20179-1, Hollis R. Hill, J., entered February 3, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Dwyer, JJ.

[Nos. 41960-2-II; 44158-6-II.   Division Two.   February 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH J. PARK, *Appellant*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 10-1-00189-9, Stephen M. Warning, J., entered March 29, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Quinn-Brintnall and Van Deren, JJ.